Honorable U.S. District Judge Franklin D. Burgess
Honorable U.S. Magistrate Judge J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE W. HART,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | Case No.:  C07-5536FDB<br><br>ORDER FOR REVISION OF BRIEFING SCHEDUL<br><br>*Clerk's Action Required*<br>*Noted for 1/22/08* |

## **ORDER**

Based upon plaintiff's counsel's declaration, as well as the stipulation of the parties, it is hereby Ordered that the briefing schedule is amended to the dates set forth below based upon good cause:

Opening Brief –(currently due by 1/18/08) new due date –2/1/08

Responsive Brief –(currently due by 2/15/08) new due date –2/29/08

Reply Brief- (currently due by 2/29/08); new due date- 3/14/08

Dated this 22nd day of January, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way
Kirkland, WA  98034
425-821-8577
fax 425-821-5714

ORDER re: Briefing Schedule Revision- C07-5536FDB
page 1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document on January 18, 2008 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brian Kipnis, Assistant U.S. Attorney and OGC-SSA.

s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

ORDER re: Briefing Schedule Revision- C07-5536FDB
page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**