# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE W HART | JUDGMENT IN A CIVIL CASE |
| v. | |
| MICHAEL J ASTRUE<br>Commissioner of Social Security Administration | CASE NUMBER: C07-5536FDB |

    \_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The administrative decision is AFFIRMED.


June 10, 2008                                                 BRUCE RIFKIN
                                                                                                  Clerk

                                                                                                s/ D. Forbes
                                                                                           By, Deputy Clerk